**IN THE UNITED STATES
DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS
EASTERN DIVISION**

HU, CHENGJI,

     Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:25-cv-7709

**ANNEX A Schedule of Defendants**

| No. | Defendant / Seller Alias / Defendant Domain Name | Link | Country |
|-----|---------------------------------------------------|------|---------|
| 1 | Feekoon | https://www.amazon.com/dp/B0CTR23612?ref=ppx_yo2ov_dt_b_fed_asin_title | China |
| 2 | Generic | https://www.amazon.com/dp/B0CMZHH6J2?ref=ppx_yo2ov_dt_b_fed_asin_title | China |
| 3 | Gasedin | https://www.amazon.com/dp/B0DB1ZMGMC?ref=ppx_yo2ov_dt_b_fed_asin_title | China |
| 4 | CEXDEXIONC | https://www.amazon.com/dp/B0DMWVG3CX?ref=ppx_yo2ov_dt_b_fed_asin_title | China |
| 5 | Yuoyar | https://www.amazon.com/dp/B0DDX8GL67?ref=ppx_yo2ov_dt_b_fed_asin_title | China |